WILLIAM A. VAN METER, ESQ.
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89513
Telephone: (775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JOSEPH L. MONSON<br>JODY M. MONSON,<br><br>    Debtors.<br>_____ / | CASE NO. BK-N 20-50804-BTB<br>CHAPTER 13<br><br>**TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS**<br><br>Hearing Date:  TBD<br>and Time:       TBD<br>(Time Required – 1 Minute) |

The Trustee believes that the following claimed exemptions do not fall within the scope of the applicable exemption statute:

| **DESCRIPTION OF PROPERTY** | **CLAIMED LEGAL BASIS** | **VALUE OF CLAIMED EXEMPTION** |
|---|---|---|
| **The debtors have 25 Chickens** | N.R.S. § 21.090(1)(c) | $500.00 |

(c)  Farm trucks, farm stock, farm tools, farm equipment, supplies and seed not to exceed $4,500 in value, belonging to the judgment debtor to be selected by the judgment debtor.


DATED: September 23, 2020

/S/ WILLIAM A. VAN METER
William A. Van Meter, Trustee

**CERTIFICATE OF SERVICE**

      I, Katie Christ, swear under penalty of perjury that I am over the age of 18, not a party to the above action, and that on September 23, 2020, I Electronically Filed the attached **TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS** and that upon the filing of the document I anticipate that the Bankruptcy Court will thereafter generate a Notice of Electronic Filing and electronically transmit the document to:

Dated:  September 23, 2020                      /S/ Katie Christ
                                                  Katie Christ

SEAN P. PATTERSON, ESQ.
232 COURT STREET
RENO, NV 89501


JOSEPH L. MONSON
1755 N. WELLS AVE.                          Served by First Class Mail
RENO, NV 89512

JODY M. MONSON
1755 N. WELLS AVE.
RENO, NV 89512